No. 23,277.

F. M. PERRY, *Appellee*, v. THE LEAVENWORTH & TOPEKA RAILROAD
COMPANY, *Appellant*, et al.

SYLLABUS BY THE COURT.

ACTION FOR WAGES—*Evidence Supports Findings—No Estoppel.* The record
has been examined, and it is held that the evidence supports the findings
of the court, and shows no estoppel by reason of receipted payments for any
of the wages earned by the plaintiff as railroad watchman.

Appeal from Leavenworth district court; JAMES H. WENDORFF, judge.
Opinion filed December 10, 1921. Affirmed.

*Floyd E. Harper,* of Leavenworth, for the appellant.
*Lee Bond,* of Leavenworth, for the appellee.

The opinion of the court was delivered by

WEST, J.: The plaintiff was a crossing flagman on the line of the
Leavenworth & Topeka Railroad Company on Choctaw street in
the city of Leavenworth from May 19, 1918, to August 17, 1919.
Several other railroads ran over the same street, and it seems that
the Leavenworth & Topeka was operated by the Anthony & North-
ern Railroad Company, and Overton Hodges was superintendent
of the latter. The plaintiff had been working at $50 a month, and
alleged in his amended petition that about May 19, 1918, Superin-
tendent Hodges verbally agreed with him that his salary would
be $65 a month and that by virtue of general order No. 27, issued
by the director-general, the salary was fixed at $65 a month on
behalf of the other roads running over the street which contributed
towards this salary; and that notwithstanding this agreement he
received only $50 a month up to September 1, 1918, leaving a bal-
ance due him of $52. He further alleged that about September 1,
1918, Superintendent Hodges verbally agreed with him that he
should receive $75 a month for eight hours a day and if he worked
fourteen hours a day he would receive extra pay so that the wages
for the entire month would be $150; that the plaintiff worked on
until August 17, 1918, fourteen hours a day, and was entitled to
receive $150 a month up to September 1, 1918, but only received
$65 a month, leaving a balance of $983.11. He also claimed a re-
turn of $7 a month deducted for hospital service on the ground that
the defendant maintained no hospital and that he received no benefit

from this fund. The case was tried by the court without a jury and judgment rendered for the plaintiff for $1,028.61.

The defendant, the Leavenworth & Topeka Railroad Company, appeals, but we find no assignment of errors either in the abstract or brief, probably owing to a change in counsel. On this ground a dismissal of the appeal is asked by the plaintiff. We gather from the brief, however, that the defendant contends the contract alleged by the plaintiff was not proven, and that the testimony showed that he was estopped because of certain vouchers received and marked by him "Paid in full" for several months at much smaller rate of wages. The case has been presented on both sides by written and oral arguments, and we will consider it on its merits. An examination of the record is convincing that the testimony justified the court in finding the contract was made as alleged by the plaintiff, and further that there is nothing to show any estoppel by receipt even if estoppel had been pleaded, which it was not. There was considerable conflict in the testimony, but several other crossing watchmen testified to the same sort of transaction with Mr. Hodges; the trial court saw and heard them all; and with the conclusion reached we agree.

The judgment is affirmed.